NASHVILLE C. & ST. L. RY. V. REYNOLDS.

*Damages for Personal Injury.*

(Decided July 6, 1906.  41 So. Rep. 1006.)

APPEAL from Madison Circuit Court.
Heard before Hon. PAUL SPEAKE.
O. R. HUNDLEY, for appellant.
WALKER & SPRAGINS, for appellee.
Opinion by ANDERSON, J.
All the Justices concur.